ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                           )
                                                      )
Valiant Global Defense Services Inc.                  )    ASBCA No. 63709
                                                      )
Under Contract No. H92451-21-D-8001                   )

APPEARANCES FOR THE APPELLANT:        Aron C. Beezley, Esq.
                                         Bradley Arant Boult Cummings LLP
                                         Washington, DC

                                      Sarah S. Osborne, Esq.
                                         Bradley Arant Boult Cummings LLP
                                         Huntsville, AL

APPEARANCES FOR THE GOVERNMENT:       Caryl A. Potter, III, Esq.
                                         Air Force Deputy Chief Trial Attorney
                                      Maj Ashley Ruhe, USAF
                                      Christian Robertson, II, Esq.
                                         Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: December 12, 2023

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63709, Appeal of Valiant Global Defense Services Inc., rendered in conformance with the Board's Charter.

Dated:  December 12, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals